UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X    Docket No: 21-cv-04050-KMK

Ariel Dan Barkai                                    :

    Plaintiff,                                  :

        - against -                              :

George Mendez, et al.                         :

    Defendants                               :

------------------------------------------------------X

**MEMO ENDORSED**

**The Motion is denied as moot in light of Plaintiff's submission of his memorandum of law in opposition to Clarkstown Defendants' Motion to Dismiss, Dkt. No. 43.**

**Date: 2/8/2022**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

**Motion Request for a almost 2 page rollover over pursuant to rules of this Court limiting motions to 25 pages**

Ariel Barkai
214 Hilltop Lane
Upper Nyack, NY 10960
Tel: (917) 806-575

1

Your Honor,

In their motion filed on 10 January 2022, Defendants motion surpassed the "25 page rule" by a page or two. As long as Your Honor is fine with it, Plaintiff has no objection.

However, given this allowance, Plaintiff moves to humbly requests and hopes that Defendants will not object, to be allowed to submit a Motion in Opposition that will rollover over this limit to a total of 26 & 5/8th pages.

Once this Court rules on Plaintiff's subpoena request related to the time stamped privacy invasive 'ping request' that Defendants failed to supply Plaintiff during his pre-judicial FOIL requests which will be critical in establishing a time line for the matters in this case, should this Court allow a less than 2 page rollover Plaintiff will submit his Motion in Opposition.

Dated:     Upper Nyack, New York
           15 January 2022

By:        /S/ *Ariel Barkai*
           Ariel Barkai, *Pro Se* Plaintiff