UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARIEL DAN BARKAI,

                Plaintiff,                **ORDER**

      -against-                    21 Civ. 4050 (KMK)(JCM)

GEORGE MENDEZ,

                Defendant.
-----------------------------------------------------------x

The Court has reviewed Plaintiff's February 23, 2023 letter ("Feb. 23 Letter"), (Docket No. 108); February 24, 2023 letters ("Feb. 24 Letters"), (Docket Nos. 104, 106); and March 1 and 2, 2023 letters ("March Letters"), (Docket Nos. 110, 111).

1. Regarding the Feb. 23 Letter, Defendant is directed to notify the Court by March 8, 2023, whether it would be productive to engage in mediation at this time. If so, the Court will refer the parties to the Southern District's Mediation Program.

2. Defendant is further directed to respond to the issues raised in the Feb. 24 Letters by March 8, 2023.

3. The March Letters contain Plaintiff's discovery disclosures and discovery requests. Plaintiff is reminded that discovery requests and disclosures should only be provided to counsel for Defendant unless the Court directs otherwise. Therefore, Plaintiff should refrain from filing such items with the Court.

Dated: March 2, 2023
        White Plains, New York

                                          **SO ORDERED:**

                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge