

MEMO ENDORSED

Eliza M. Scheibel
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

August 23, 2023

*Via ECF*

Hon. Kenneth M. Karas
United States District Judge
United States District Court for the
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   Ariel Dan Barkai v. George Mendez, et al.
      Docket No.: 21-CV-04050-KMK-JCM
      Our File No.: 12129.00319

Dear Judge Karas:

We represent the Defendants in this matter. The Defendants' motion for summary judgment is due this Friday, August 25, 2023. As part of Defendants' motion, we anticipate including the Plaintiff's medical records from the date of the Mental Hygiene Law detention, received pursuant to a HIPAA authorization, as an exhibit. The court previously deemed the medical records to be confidential. *See* Dkt. 21-cv-4050 at Minute Entry for February 15, 2023.

Accordingly, we request permission to e-file the following documents under seal: (1) the medical records exhibit, (2) an unredacted version of the Rule 56.1 Statement, and (3) an unredacted version of the Memorandum of Law.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Eliza M. Scheibel

cc:   Ariel Barkai (via ECF)

Granted.
So Ordered.
8/24/23

286174079v.1