**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARIEL DAN BARKAI,

                Plaintiff,                    21 **CIVIL** 4050 (KMK)

     -v-                                       **JUDGMENT**

GEORGE MENDEZ, et al.,

                Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 21, 2024, Plaintiff's Motion is denied and

Defendants' Motion is granted in full. Judgment is entered in favor of Defendants. Accordingly the

case is closed.

**Dated:** New York, New York

        February 22, 2024

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                **BY:**

                               _____
                                       **Deputy Clerk**